**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND WALKER,** | ) | |
| | ) | |
| **Petitioner,** | ) | **Civil Action No. 16-744** |
| | ) | |
| **v.** | ) | **Magistrate Judge Lisa Pupo Lenihan** |
| | ) | |
| **ERIC A. BUSH,** | ) | |
| **and THE ATTORNEY GENERAL** | ) | |
| **OF THE STATE OF PENNSYLVANIA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Pending before the Court is a Motion for Stay and Abeyance (ECF No. 4) filed by Petitioner indicating that he is currently exhausting his claims in state court. Accordingly, this 12th of December 2016,

**IT IS HEREBY ORDERED** that the Motion for Stay and Abeyance (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this case.

**AND IT IS FURTHER ORDERED** that, in the event that Petitioner does not get the relief he seeks in state court, he shall file a motion to lift the stay and re-open this case within thirty (30) days of exhaustion of his state court remedies.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:    Raymond Walker
S.C.I. Pine Grove
191 Fyock Road
Indiana, PA 15701
*Via First Class U.S. Mail*

1